**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00158-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL BERNARD PARKS, and
2. ANDRE DION MOORE,

    Defendants.

## MINUTE ORDER[1]

    On **August 30, 2010**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set the Trial Preparation Conference and jury trial in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: August 23, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.