**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00158-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL BERNARD PARKS,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Due to a conflict arising on the court's calendar, the change of plea hearing previously set for September 23, 2010, is **VACATED** and is **CONTINUED** to **September 30, 2010**, at 9:00 a.m. This is a joint change of plea with Criminal Action No. 10-cr-00015-REB-05, *USA v. Hernandez*. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: September 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.