**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00158-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL BERNARD PARKS,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court *sua sponte*.  The court has set this defendant for a change of plea hearing on September 30, 2010.  The Trial Preparation Conference and jury trial are set for September 24, 2010 and September 27, 2010, respectfully.  Both settings should be vacated.

      **THEREFORE, IT IS ORDERED** that the Trial Preparation Conference set for September 24, 2010, and the jury trial set to commence September 27, 2010, are **VACATED**.

      Dated:  September 22, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.