**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00158-REB-01

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  MICHAEL BERNARD PARKS,

     Defendant.

## MINUTE ORDER[1]

     Due to a conflict arising on the court's calendar, the sentencing hearing set for February 23, 2011, is **VACATED** and is **CONTINUED** pending further order of court. On February 23, 2011, at 9:00 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated:  February 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.