**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00158-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL BERNARD PARKS,

    Defendant.

## MINUTE ORDER[1]

On February 23, 2011, the court conducted a telephonic setting conference to reset to the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **June 9, 2011**, commencing at 9:00 a.m., the court shall conduct a sentencing hearing in this matter. The court reserving 90 minutes for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated:  February 23, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.