**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                June 9, 2011

Courtroom Deputy: Nel Steffens
Court Reporter:    Suzanne Claar
Probation Officers: Gary Kruck and Walter Vanni

**Criminal Action No.  10-cr-00158-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                James Boma

   Plaintiff,

v.

1.  MICHAEL BERNARD PARKS, and          Edward Harris
2.  ANDRE DION MOORE,                   Richard Banta

   Defendants.

### COURTROOM MINUTES

**Motion Hearing on #51**

**9:06 a.m.    Court in session.**

Appearances of counsel.  Also present at defendants' table is David Johnson with the Federal Public Defender's office.

Defendants are present in custody.

Court's opening remarks.  The court will first hear argument on **Defendant's Motion and Memorandum in Support of Below Guideline Sentence and Retroactive Application of the Fair Sentencing Act To Reduce Mandatory Minimums** [#51] filed by defendant Parks on October 25, 2010.  Defendant Moore joins the motion to the extent applicable.

9:09 a.m.       Argument by Mr. Harris.

9:18 a.m.       Argument by Mr. Banta.

9:20 a.m.       Response by Mr. Boma.

The court takes the matter under advisement.

> **IT IS ORDERED** as follows:
>
> That the court will conduct a telephonic setting conference on Thursday, **June 16, 2011** at 10:00 a.m. at which defendants' appearances are waived; provided furthermore, that counsel for the government shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference. Separate Sentencing Hearings as to each defendant will be reset at this setting conference.

**9:25 a.m.       Court in recess.**

Total time in court:   00:19

Hearing concluded.