**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00158-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MICHAEL BERNARD PARKS, and
2.  ANDRE DION MOORE,

      Defendants.

---

**MINUTE ORDER**[1]

---

      On June 16, 2011, the court conducted a telephonic setting conference to set the sentencing hearings in this case.  After conferring with counsel, and with their consent,

      **IT IS ORDERED** as follows:

      1.  That on **July 14, 2011**, commencing at 11:00 a.m., the court shall conduct the sentencing hearing for defendant Andre Dion Moore;

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing;

      3.  That on **July 14, 2011**, commencing at 1:30 p.m., the court shall conduct the sentencing hearing for defendant Michael Bernard Parks; and

      4.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  June 16, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.